Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

FILED
2022 JUL 14 PM 2:46
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

| | |
|---|---|
| Cynthia Denise Benefield | Case No. 6:22-cv-1237-PGB-DCI |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: _(check one)_  ☐ Yes  ☐ No |
| -v- | |
| Benefield Family | |
| _Defendant(s)_ | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cynthia Denise Benefield |
| Street Address | 9837 East Colonial Drive |
| City and County | Orlando Orange County FL |
| State and Zip Code | |
| Telephone Number | 904-528-1443 |
| E-mail Address | cybene1984@gmail.com |

    **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | Johnny Bruce Elliott |
| Job or Title *(if known)* | Retired Military |
| Street Address | 2360 Masonwood |
| City and County | Roundrock Texas |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Loretta Benefield Hardin |
| Job or Title *(if known)* | (Address not available at filing) |
| Street Address | |
| City and County | Jacksonville Fl Duval County |
| State and Zip Code | 32208 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Cassandra Smith Battle |
| Job or Title *(if known)* | (Address not available at filing) |
| Street Address | |
| City and County | Jacksonville, Duval County |
| State and Zip Code | Florida 32258 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Carita/Corey Benefield |
| Job or Title *(if known)* | |
| Street Address | Address not available @ filing |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, (name) __Cynthia Denise Benefield__, is a citizen of the State of (name) __Florida__.

2. If the plaintiff is a corporation

   The plaintiff, (name) __Cynthia Denise Benefield__, is incorporated under the laws of the State of (name) __Florida__, and has its principal place of business in the State of (name) __Not Applicable__.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, (name) __Loretta Benefield Hardin__, is a citizen of the State of (name) __Florida__. Or is a citizen of (foreign nation) __United States__.

2. If the defendant is a corporation

   The defendant, (name) __Loretta Benefield Hardin__, is incorporated under the laws of the State of (name) __Florida__, and has its principal place of business in the State of (name) __Florida__. Or is incorporated under the laws of (foreign nation) __Not Applicable__, and has its principal place of business in (name) __Not Applicable__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):
The Amount I feel the Defendant owes needs to be traced I'm not able to put a dollar amount to it but my father's stock & other savings was 100, 000 a month or more. It needs to be investigated but It was rumored as we were wealthy and hiding it. I ask the courts to place a value on the expensive vehicles, houses, condo in orlando, hotel fees, etc. $2 million.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

> I made the mistake of mentioning an inheritance then my life was never the same since then. I didn't know or think an inheritance existed apparently something stock or something valuable existed Mr.Elliott & his associates knew but not me.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* July 8th 2022, at *(place)* Orlando Florida and Jacksonville Florida,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

> The acts of ommission that I have incurred are internal injuries, vision loss via sleep deprivation that Loretta, Cassandra and other members of my family were paying spirtual advisors to give Gregory Lee Anderson access to my life to sleep deprive me and put me in harms way or in danger along with my daughter Makayla Arnold ( also contributing to helping us be homeless, penniless and without cellphones, laptops or any family communication). My family payed salaries to people to empty out my father's oil stock, neptune beach florida property and his other annuities and savings by buying expensive sports cars, houses,etc instead of helping me and my daughers and sons be no longer homeless and hungry and safe.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

> I ask the court to order my Brother Corey Benefield and Members of my extended family to pay for the wrongs alleged because It was told and implied that my son's father Johnny Bruce Elliott was allowed to investigate my family's genealogy and found valuable historical documentation that had historical value once appraised. The Defendant received payments as well as my family members but I did not. Mr.Elliott's findings still haven't been revealed to me. He made his findings public by sharing information with my former church members Evangelist Fannie Newsome & House of Prayer and Faith, and others in Jacksonville, Florida thus relaying information as if we are Rich and/or Wealthy stating that our Surname is traced to 2nd generation British United Kingdom and our name is a part of that country name Benefield England, etc.therefore implying that we are royalty, rich, astrocracy, wealthy but also communicating to the public we have money then it literally put us/me in harms way.. continued @ bottom of page 5.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Friday, July 8, 2022

Signature of Plaintiff:
Printed Name of Plaintiff: Cynthia Denise Benefield

### B. For Attorneys

Date of signing: July 8th 2022

Signature of Attorney: Not Assigned Yet
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

**Continued from paragraph @ bottom of page 4**

with meanspirited jealousy and anger retaliations not allowing me to have knowledge or access to my father's land, annuities and family hidden or newly acquired asests. Mr.Elliott was allowed to be apart of family reunions and land searchs, annuity searches, oil stock findings that my father acquired while working 50yrs with his employer. meanwhile I had no knowledge because I was in St Augustine, Orlando Homeless with no job or prospects for a job. Mr.Elliott enlisted the help of others to find out more about my father's financial dealing, land, annuities by being in communication with my cousins Loretta Harden, Cassandra Smith, Carita Benefield, Janice Benefield, Edward Benefield all assisted in keeping these transaction secret while I'm homeless living on the streets. Meanwhile, their quality of life changed they are always in Orlando but never assisting me in being out of my Homeless Status. No money for Hotels, Food or Transportation. Its been reported that Johnny, Loretta & Cassandra as well as Cheryl Benefield have moved monies/annuities/land and other assets
into the hands of Johnny Elliott and Reginald Blount, Vincent Robinson and Gregory Lee Anderson and Gregory Pinkney to keep these individuals on stand by to reinforce political party affiliation statuses, fear, humilation and intimidation.